**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
General Delivery DOC No. 424229
Louisiana State Penitentiary
Angola LA 70712

**REHEARING ACTION: September 2, 2015**

**Docket Number: 15   00364-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Evangeline Parish Case No. 58521-FA**

**BEFORE JUDGES**:

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

   **DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7

cc: Hon. Trent Brignac, Counsel for  the Respondent